**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

HO KAN CHEUNG, Derivatively on Behalf of Nominal Defendant WEBTOON ENTERTAINMENT INC.,

Plaintiff,

v.

JUNKOO KIM, DAVID J. LEE, NANCY DUBUC, NAMSUN KIM, HAEJIN LEE, JUN MASUDA, and ISABELLE WINKLES,,

Defendants,

and

WEBTOON ENTERTAINMENT INC.,

Nominal Defendant.

Case No.: 2:24-cv-09915-CBM-RAO

**ORDER CONSOLIDATING RELATED DERIVATIVE ACTIONS AND APPOINTING LEAD COUNSEL [14]**

[Caption continued on next page]

| | |
|---|---|
| MICHAEL LEE, Derivatively on Behalf of Nominal Defendant WEBTOON ENTERTAINMENT INC.,<br><br>Plaintiff,<br><br>v.<br><br>JUNKOO KIM, DAVID J. LEE, NANCY DUBUC, NAMSUN KIM, HAEJIN LEE, JUN MASUDA, and ISABELLE WINKLES,<br><br>Defendants,<br><br>and<br><br>WEBTOON ENTERTAINMENT INC.,<br><br>Nominal Defendant. | Case No.: 2:26-cv-04824-CBM-RAO |

Having considered Plaintiff Ho Kan Cheung's ("Plaintiff") Motion to Consolidate Related Derivative Actions and Appoint Lead Counsel, the Court, HEREBY ORDERS:

1. The shareholder derivative actions captioned *Cheung v. Kim*, Case No. 2:24-cv-09915-CBM-RAO and *Lee v. Kim*, Case No. 2:26-cv-04824-CBM-RAO (collectively, the "Derivative Actions") each involve common questions of law and fact such that it is in the interests of judicial convenience and efficiency to consolidate these actions.

2. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the Derivative Actions are hereby consolidated for all purposes, including pretrial proceedings, trial, and appeal, and are referred to herein as the "Consolidated Derivative Action."

3. The file in *Cheung v. Kim*, Case No. 2:24-cv-09915-CBM-RAO, shall constitute the Master File for every action in the Consolidated Derivative Action. When the document being filed pertains to all Actions, the phrase "This Documents Relates to All Actions" shall be placed on the cover page. When a pleading applies only to some, not all, of the Actions, the document shall list on the cover page the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action.

4. Every pleading filed in the Consolidated Derivative Action, or in any separate action included, shall bear the following caption:

| | |
|---|---|
| IN RE WEBTOON ENTERTAINMENT, INC. DERIVATIVE LITIGATION | Lead Case No.: 2:24-cv-09915-CBM-RAO |

5. The Brown Law Firm, P.C. is designated Lead Counsel for Plaintiffs in the Consolidated Derivative Action. Plaintiff contends that Plaintiff's counsel is well-qualified to coordinate prosecution of the claims Plaintiff asserts derivatively on behalf of the Company.

6. Lead Counsel shall represent Plaintiffs in the prosecution of the Consolidated Derivative Action, determine and present to the Court and opposing parties the position of Plaintiffs on all matters arising during pretrial negotiations, delegate and monitor the work performed by Plaintiffs' attorneys to ensure that there is no duplication of effort or unnecessary expense, coordinate on behalf of the Plaintiffs the initiation and conduct of discovery proceedings, have the authority to negotiate matters with Defendants' counsel, and perform such other duties as may be incidental to the proper coordination of Plaintiffs' pretrial activities or authorized by further order of the Court. Defendants' counsel may rely on all agreements made with any of Lead Counsel, or other duly authorized representative of Lead Counsel, and such agreements shall be binding on all Plaintiffs.

7. This Order shall apply to each shareholder derivative action arising out of the same, or substantially the same, transactions or events as these cases, which are subsequently filed in, removed to, reassigned to, or transferred to this Court. When a shareholder derivative action that properly belongs as part of *In Re Webtoon Entertainment, Inc. Derivative Litigation*, is hereafter filed in the Court, removed to this Court, reassigned to this Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the clerk of the Court the filing,

removal, reassignment, or transfer of any case that might properly be consolidated as part of *In Re Webtoon Entertainment, Inc. Derivative Litigation*, and Lead Counsel are to assist in assuring that counsel in subsequent actions receive notice of this order. Unless otherwise ordered, the terms of all orders, rulings, and decisions in the Consolidated Action shall apply to all later shareholder derivative actions involving Webtoon filed in this Court, removed to this Court, reassigned to this Court, or transferred to this Court from another court, and such shareholder derivative actions shall be consolidated into the Consolidated Action.

**IT IS SO ORDERED.**

Dated: August 10, 2026

HON. CONSUELO BLAND MARSHALL
UNITED STATES DISTRICT JUDGE